

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-434-CV

IN RE MIKO TRUCKING, INC., KART                  RELATORS
CONSTRUCTION & EQUIPMENT CO., INC.,
HANOVER PROPERTY COMPANY, L.L.C.
D/B/A HANOVER PROPERTY COMPANY,
MOZLEY ACQUISITION AND DEVELOPMENT
PARTNERS, L.P., AND MIRA LAGOS
HOMEOWNERS' ASSOCIATION, INC.

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

We have considered relators' "Motion To Dismiss Petition For Writ Of Mandamus." It is the court's opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Costs of the original proceeding shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL: DAUPHINOT, WALKER, and MCCOY, JJ.

DELIVERED: March 26, 2009

---

[1] *See* Tex. R. App. P. 47.4.